```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/12/2021_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DILENIA PAGUADA, on behalf of herself and all others similarly situated,

        Plaintiff,

-against-

CHRISTIAN SIRIANO HOLDINGS LLC,

        Defendant.

20 Civ. 6949 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On December 7, 2020, the Court ordered the parties to file a joint letter by March 5, 2021, indicating whether they would like to be referred to the District's Mediation Program. ECF No. 14. The parties failed to comply with that order.

    Accordingly, by **April 14, 2021**, the parties shall file a joint letter indicating the current status of settlement discussions, and whether they would like to be referred to the District's Mediation Program or to a settlement conference before a magistrate judge.

    SO ORDERED.

Dated: April 12, 2021
       New York, New York

_____
ANALISA TORRES
United States District Judge